No. 4,746.—STATE EX REL. CARL O. LONG, RESPONDENT, *v.* CHARLEY CLARK, APPELLANT.

*Appeal from District Court, Big Horn County; Chas. A. Taylor, Judge.*

Decided March 13, 1922.

PER CURIAM.—This cause this day came on for judgment and decision; whereupon, on consideration, and on the authority of *State ex rel. Samlin* v. *District Court*, 59 Mont. 600, 198 Pac. 362, it is now here ordered and adjudged by this court that the judgment below made on the fourth day of December, 1919, be and it is hereby reversed.

*Mr. J. L. Davis* and *Mr. Geo. W. Pierson,* for Appellant.

*Mr. Wellington D. Rankin,* Attorney General, and *Mr. L. A. Foot,* Assistant Attorney General, for Respondent.